vliet, N. Y. No opinion. Order affirmed, with $10 costs and disbursements.

EDDY et al., Appellants, v. McKAY, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 6, 1915.) Action by Morris L. Eddy and another against Amelia E. McKay. No opinion. Motion to dismiss appeal denied, with $10 costs. See, also, 155 N. Y. Supp. 1104.

EDDY et al., Appellants, v. McKAY, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 13, 1915.) Action by Morris L. Eddy and another against Amelia E. McKay. No opinion. Judgment affirmed, with costs. See, also, 155 N. Y. Supp. 1104.

EGAN, Appellant, v. INTERNATIONAL RY. CO. et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October 6, 1915.) Action by Kathryn T. Egan against the International Railway Company and another. No opinion. Judgment and order affirmed, with costs.

EICHEL, Respondent, v. JEFFERSON LEASING CO., Appellant (two cases). (Supreme Court, Appellate Division, First Department. October 15, 1915.) Actions by Philip Eichel against the Jefferson Leasing Company. I. Enselman, of New York City, for appellant. A. Wolf, of New York City, for respondent. No opinion. Orders affirmed, without costs. Orders filed.

In re EISENBERG. (Supreme Court, Appellate Division, First Department. October 29, 1915.) In the matter of I. Mortimer Eisenberg, an attorney. No opinion. Referred to Hon. John J. Freedman, official referee. Settle order on notice.

EISLEBEN, Respondent, v. GERBER, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 6, 1915.) Action by Kathryn Eisleben against Henry C. Gerber. No opinion. Motion for leave to appeal to Court of Appeals denied, with $10 costs. See, also, 154 N. Y. Supp. 1120.

ELLIOTT v. PAINE. (Supreme Court, Appellate Division, First Department. October 29, 1915.) Action by James M. Elliott, Jr., against Martin S. Paine. No opinion. Motion to dismiss appeal granted with $10 costs. Order filed. See, also, 148 App. Div. 892, 132 N. Y. Supp. 1127.

EMPIRE CITY RACING ASS'N v. NATIONAL FAIR & EXPOSITION ASS'N, Inc., et al. (Supreme Court, Appellate Division, Second Department. October 1, 1915.) Action by the Empire City Racing Association against the National Fair & Exposition Association, Incorporated, and others. No opinion. Motion to dismiss appeal granted, with $10 costs. See, also, 167 App. Div. 126, 152 N. Y. Supp. 833; 155 N. Y. Supp. 1104.

EMPIRE CITY RACING ASS'N v. NATIONAL FAIR & EXPOSITION ASS'N, Inc., et al. (Supreme Court, Appellate Division, Second Department. October 26, 1915.) Action by the Empire City Racing Association against the National Fair & Exposition Association, Incorporated, and others.

PER CURIAM. The discretion of the justice at Special Term to rehear this motion was well grounded on the later facts of the injury and damage by letting pipes and hydrants freeze, and the dangers from possible contagion among the horses which defendants quartered on the fair grounds. Having thus reheard the motion, his order as reconsidered, preferring the trial of the cause, is not appealable. 167 App. Div. 126, 152 N. Y. Supp. 833. The appeal is therefore dismissed, with $10 costs and disbursements. See, also, 155 N. Y. Supp. 1104.

MILLS, J., not voting.

EMPIRE CITY RACING ASS'N v. NATIONAL FAIR & EXPOSITION ASS'N, Inc., et al. (Supreme Court, Appellate Division, Second Department. November 11, 1915.) Action by the Empire City Racing Association against the National Fair & Exposition Association, Incorporated, and others.

PER CURIAM. Motion for reargument denied, with $10 costs, and stay vacated. Motion for leave to appeal to the Court of Appeals denied. Our decision of October 1, 1915, dismissing appeal of the National Fair & Exposition Association, Incorporated, proceeded upon the ground that the return of the check for $75 costs was too late, as such check had been retained until after service of notice of motion to dismiss defendant's appeal. It follows that the appellant may still have these costs (or the amount thereof offset to the National Fair & Exposition Association, Incorporated) upon proper application to the plaintiff's attorneys, to be made within five days. See, also, 155 N. Y. Supp. 1104.

ESTERMAN, Respondent, v. CURTH et al., Appellants. (Supreme Court, Appellate Division, First Department. November 26, 1915.) Action by William J. Esterman against Lewis Curth and others. With this case has been consolidated in this court cases bearing titles as follows: Edith J. Esterman v. Curth; Herman Edson v. Same; Mollie Lewis v. Same. W. R. Kuhn, of Brooklyn, for appellants. N. Phillips, of New York City, for respondent. No opinions. Orders affirmed, with $10 costs and disbursements. Orders filed.

EVANS, Respondent, v. SUPREME COUNCIL OF ROYAL ARCANUM et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 6, 1915.) Action by Marion L. Evans, as executor, etc., against the Supreme Council of the Royal Arcanum and others.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

KRUSE, P. J., not sitting.

FAHLE, Appellant, v. FIRE PROOF FILM CO., Respondent. (Supreme Court, Appellate,